Argued September 29, reversed October 21, rehearing denied December 1, 1914.

## BROWN *v.* PORTLAND.

(144 Pac. 121.)

From Multnomah: HENRY E. MCGINN, Judge.

This is a proceeding by David Brown and others for writ of review to determine the regularity of proceedings of the common council of the City of Portland in making a reassessment for street improvements.

From a judgment sustaining the reassessment, plaintiffs appeal.                    Reversed With Directions.

For appellants there was a brief and an oral argument by *Mr. Ralph R. Duniway.*

For respondents there was a brief over the names of *Mr. Lyman E. Latourette* and *Mr. Frank S. Grant,* with an oral argument by *Mr. Latourette.*

In Banc.    Mr. Justice Burnett delivered the opinion of the court.

This is a proceeding under writ of review to determine the regularity of the proceedings of the common council of the City of Portland in making a reassessment of the property of plaintiffs to pay for certain street improvements. The case is governed by the principles announced in *Hochfeld* v. *Portland,* 72 Or. 190 (142 Pac. 824), and *Cook* v. *Portland, ante,* p. 299 (144 Pac. 120); the facts and questions involved being substantially alike in all three instances.

The judgment is accordingly reversed, with directions to the council to proceed anew to the reassessment as suggested in those cases.

                    Reversed With Directions.

Mr. Chief Justice McBride and Mr. Justice Ramsey dissent.